716

to the United States Court of Appeals for the District of Columbia denied. *J. Preston Swecker* for petitioner. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney, John R. Benney* and *W. W. Cochran* for respondent.

No. 121. DIECKHAUS *v.* TWENTIETH CENTURY-FOX FILM CORP. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *John Raeburn Green* and *Milton I. Goldstein* for petitioner. *John F. Caskey* and *Samuel W. Fordyce* for respondent.

No. 123. CALIFORNIA *v.* EDMONDSON. October 14, 1946. Petition for writ of certiorari to the Superior Court in and for the County of Los Angeles, California, denied. *Ray L. Chesebro* and *John L. Bland* for petitioner.

No. 125. BROOKS ET AL. *v.* UNITED STATES EX REL. BAYARSKY. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Thomas McNulty, Edward A. Markley* and *Elmer S. King* for petitioners. *Solicitor General McGrath* for the United States.

No. 126. REID *v.* NELSON ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *James A. Dixon* for petitioner. *Harold B. Wahl* for respondents.